Fred Alonzo Skyrme
-vs-

Case 3:22-cv-01196-K-BN  Document 2  Filed 06/01/22  Page 1 of 2  PageID 1
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN -1 2022
CLERK, U.S. DISTRICT COURT
By _____ Deputy
cv46272
3-22CV1196-K

Burt Reynolds Cherokee County
State of Texas 1983

P. I I pro-seek Relief to file 2019 for one zillion dollars whereas my family Mother have been B. Killed my the Reynolds ed Clint Black the singer mother ed family in Danger of being shot murder ed Knifed By Reynolds Clan



Fred Dyer
#N65237
Skyview unit
379 FN 2972
Rusk TX,
75785

NORTH TEXAS TX PBDC
DALLAS TX 750
19 MAY 2022 PM 1 L

Clerk
United States Courts
Northern District
1100 Commerce Bld.
Dallas Texas 75242

Legal
Mail